JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | ) Case No. ED CV 14-2560-VAP (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| TERRANCE R. HUBBS, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: 12/14/15

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE